**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| ALPHA TOUCH GROUP LLC, | § § § | Case No. 2:26-cv-00 |
| Plaintiff, | § § § | **JURY TRIAL DEMANDED** |
| v. | § § § |  |
| ONEPLUS TECHNOLOGY (SHENZHEN) CO., LTD., | § § § § |  |
| Defendant. | § § § |  |

**COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiff Alpha Touch Group LLC ("Alpha Touch" or "Plaintiff") for its Complaint for patent infringement against Defendant OnePlus Technology (Shenzhen) Co., Ltd. ("OnePlus" or "Defendant") alleges as follows:

**THE PARTIES**

1.      Alpha Touch is a limited liability company, organized and existing under the laws of the State of Texas, with its principal place of business located at 104 East Houston Street, Marshall, TX 75670.

2.      Defendant OnePlus Technology (Shenzhen) Co., Ltd. is a corporation duly organized and existing under the laws of China, with its principal place of business at 18F, Tairan Building, Block C, Tairan 8th Road, Chegongmiao, Futian District, Shenzhen, Guangdong, 518040, China, and may be served pursuant to the provisions of the Hague Convention. OnePlus is a leading manufacturer and seller of smartphones and tablets in the world and in the United States.

3.      On information and belief, OnePlus does business in Texas, directly or through intermediaries, and offers its products and/or services, including those accused herein of infringement, to customers and potential customers located in Texas, including in the Judicial District of the Eastern District of Texas. For example, Defendant has authorized sellers and sales representatives that offer and sell products pertinent to this Complaint through the State of Texas, including in this Judicial District, and to consumers throughout this Judicial District, such as: T-Mobile, 5722 Eldorado Parkway, Suite 120, Frisco, Texas 75033, 2831 Eldorado Parkway, Suite 104, Frisco, Texas 75033, 550 S. Preston Road, Suite 40, Prosper, Texas 75078, and 5899 Eastex Freeway, Suite 100, Beaumont, Texas 77706.

## JURISDICTION

4.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.      This Court has specific and personal jurisdiction over Defendant. Defendant has continuous and systematic business contacts with the State of Texas and has committed and continues to commit acts of patent infringement in the United States, including in the State of Texas, by making, using, offering to sell, and/or selling accused products in the United States and Texas, and/or importing accused products into the United States and Texas. In addition, Defendant conducts its business extensively throughout Texas and derives substantial revenue in Texas, by shipping, distributing, offering for sale, selling, and advertising (including through an interactive web page) its products and/or services in the State of Texas and the Eastern District of Texas. Defendant has purposefully and voluntarily placed in the stream of commerce one or more products and/or services that practice the Asserted Patents (as set forth below) with the intention

and expectation that they will be purchased and used by consumers in the Eastern District of Texas. For example, OnePlus advertises its products (including those accused in this Complaint) for purchase on its webpage, accessible from the United States, including Texas, such as at https://www.oneplus.com/store/phone. Further, https://www.oneplus.com includes a user agreement (https://www.oneplus.com/legal/use-of-cookies) that imposes terms between users and "OnePlus Technology (Shenzhen) Co., Ltd (referred to as we, us or OnePlus)." OnePlus also advertises on its website (for example at https://www.oneplus.com/us/retail; https://www.oneplus.com/us/locations) that certain of its products are available for purchase from at physical retail locations, including T-Mobile (https://www.t-mobile.com/offers/oneplus-phone-deals), Amazon (https://www.amazon.com/OnePlus-Unlocked-Dual-SIM-Charging-Chromatic/dp/B0C22BRGLG)[1], and Best Buy (https://www.bestbuy.com/product/oneplus-nord-n30-5g-128gb-unlocked-chromatic-gray/CZYJW5VVQC/sku/6543735). OnePlus promotes the sale of its products by hosting the OnePlus Partner Program, which provides a commission to members "every time a visitor from your site clicks through to the OnePlus North Americas (US & CA) and made an eligible purchase."

---

[1] OnePlus maintains and operates its own storefront on Amazon.com. *See* https://www.amazon.com/stores/page/06748F85-5ADD-429D-97E1-E8BE421AC978?ingress=2&lp_context_asin=B0C22BRGLG&visitId=d9a3628f-accc-4672-be55-b9948300c932&store_ref=bl_ast_dp_brandLogo_sto&ref_=ast_bln





6.  On information and belief, OnePlus products accused in this Complaint are and have been sold in physical T-Mobile retail stores located within the State of Texas and the Eastern District of Texas, for example at 5627 S Broadway Ave, Tyler, TX 75703; 900 E End Blvd N #100b, Marshall, TX 75670; and 3741 Mall Dr., Texarkana, TX 75501.

---

[2] https://www.oneplus.com/us/affiliate-program?_gl=1*lzozjr*_up*MQ..*_ga*MTc3MTQ3MTMxOS4xNzY3NjU2MjIz*_ga_KS49PH WZ8S*czE3Njc2NTYyMjMkbzEkZzAkdDE3Njc2NTYyMjMkajYwJGwwJGgw

7.    OnePlus previously admitted to transacting business in this District and consented to jurisdiction in this District, for example in *Altpass LLC v. OnePlus Tech. (Shenzhen) Co.*, No. 2:20-cv-00105, Dkt. 21 at 1 (E.D. Tex. Oct. 21, 2020) ("OnePlus admits it transacts business within the State of Texas . . .").

8.    In addition, or in the alternative, this Court has personal jurisdiction over Defendant pursuant to Fed. R. Civ. P. 4(k)(2).

9.    Venue is proper in this district as to Defendant, which is organized under the laws of China. 28 U.S.C. § 1391(c)(3) provides that "a defendant not resident in the United States may be sued in any judicial district, and the joinder of such a defendant shall be disregarded in determining where the action may be brought with respect to other defendants." Defendant makes, uses, sells, and/or offers to sell infringing products within this Judicial District, regularly does and solicits business in this Judicial District, and has the requisite minimum contacts with this Judicial District, such that this venue is a fair and reasonable one. Further, upon information and belief, the Defendant has admitted or not contested proper venue in this Judicial District in other patent infringement actions.

## PATENTS-IN-SUIT

10.    On November 8, 2022, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 11,493,794 (the "'794 Patent") entitled "Electronic Device and Method of Manufacturing the Same". A true and correct copy of the '794 Patent is available at: https://patentimages.storage.googleapis.com/10/65/b0/2660bab0ac4f80/US11493794.pdf.

11.    On March 28, 2017, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,606,675 (the "'675 Patent") entitled "Capacitive Touch Panel". A true and    correct    copy    of    the    '675    Patent    is    available    at:

5

https://patentimages.storage.googleapis.com/56/ba/cd/ea2cdb44d2154d/US9606675.pdf.

12. On July 19, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,395,857 (the "'857 Patent") entitled "Capacitive Touch Panel".  A true and correct copy of the '857 Patent is available at: https://patentimages.storage.googleapis.com/0b/3a/c4/73390cafbf9102/US9395857.pdf.

13. On July 9, 2013, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,482,542 (the "'542 Patent") entitled "Capacitive Touch Panel".  A true and correct copy of the '542 Patent is available at: https://patentimages.storage.googleapis.com/ee/b6/f2/3b55516052e749/US8482542.pdf.

14. Alpha Touch is the sole and exclusive owner of all right, title, and interest in the '794 Patent, the '675 Patent, the '857 Patent, and the '542 Patent (collectively, the "Patents-in-Suit" or "Asserted Patents"), and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit. Alpha Touch also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

15. Alpha Touch has at all times complied with the marking provisions of 35 U.S.C. § 287 with respect to the Patents-in-Suit. Upon information and belief, prior assignees and licensees have also complied with the marking provisions of 35 U.S.C. § 287.

**FACTUAL ALLEGATIONS**

16. The Patents-in-Suit generally relate to methods and apparatuses related to touch screens and displays on electronic devices. Infringing products made, used, offered for sale, sold, and/or imported into the United States by Defendant include, but are not limited to, the following: OnePlus 8, OnePlus 8 Pro, OnePlus 8 5G, OnePlus 8 5G UW, OnePlus 8T, OnePlus 8T Cyberpunk

6

2077 Limited Edition, OnePlus 9, OnePlus 9 Pro, OnePlus 9R, OnePlus 9RT, OnePlus 10 Pro 5G, OnePlus Nord 2, OnePlus Nord 3, OnePlus Nord N20 5G, OnePlus 11 5G, OnePlus Open, OnePlus 12, OnePlus 13, OnePlus Pad, among other products.

17.    The '794 Patent relates to technology electronic devices with a cover plate, a touch sensing layer, and a display module. The technology described in the '794 Patent was developed by Chun Yan Wu, Jen-Chang Liu, Tai-Shih Cheng, and Lien-Hsin Lee at TPK Advanced Solutions Inc. For example, the patented technology is implemented in infringing OnePlus devices with touch Flexi-fluid AMOLED displays, or the equivalent thereof, including, but not limited to, smartphones made, used, offered for sale, sold, and/or imported into the United States, such as the OnePlus Open.

18.    The '675 Patent, the '857 Patent, and the '542 Patent relate to electronic devices with capacity touch panels. The technology described in the '657 Patent was developed by Chen-Yu Liu and Kwan-Si Ho at TPK Touch Solutions Inc. The technology described in the '857 Patent and the '542 Patent was developed by Jason Wu, Yen-Chung Hung, Ruey-Shing Weng, and Chih-Chang Lai at TPK Touch Solutions Inc. For example, the patented technology is implemented in infringing OnePlus devices with capacitive touch displays with AMOLED/OLED technologies (e.g., AMOLED, OLED, Fluid AMOLED, and/or LTPO Fluid AMOLED), or the equivalent thereof, including, but not limited to, the smartphones and tablets, used, offered for sale, sold, and/or imported into the United States, such as the OnePlus 8, OnePlus 8 Pro, OnePlus 8 5G, OnePlus 8 5G UW, OnePlus 8T, OnePlus 8T Cyberpunk 2077 Limited Edition, OnePlus 9, OnePlus 9 Pro, OnePlus 9R, OnePlus 9RT, OnePlus 10 Pro 5G, OnePlus Nord 2, OnePlus Nord 3, OnePlus Nord N20 5G, OnePlus 11 5G, OnePlus Open, OnePlus 12, OnePlus 13, OnePlus 15, OnePlus Pad, among other products.

7

19.    For example, Defendant sells and offers to sell the accused products in the United States directly to customers and end-users through online stores such as Amazon, Walmart, and through its website.





---

3

https://www.oneplus.com/us/store/phone?_gl=1*hyjcmi*_up*MQ..*_ga*NzE3NTA1NDIzLjE3 NjQxMTc0MjM.*_ga_KS49PHWZ8S*czE3NjQxMTc0MjIkbzEkZzAkdDE3NjQxMTc0MjIkaj YwJGwwJGgw

4

https://www.amazon.com/s?k=oneplus+phone&crid=JNG0NVOL39K8&sprefix=oneplus+phon e%2Caps%2C125&ref=nb_sb_noss_1



20.     By way of further example, Defendant sells and offers to sell the accused products directly to customers and end-users in this District at the Best Buy in Longview, TX 75605.



21.     OnePlus has infringed and is continuing to infringe the Patents-in-Suit by making, using, selling, offering to sell, and/or importing, and by actively inducing others to make, use, sell,

---

5

https://www.walmart.com/search?q=one+plus+phone&facet=fulfillment_method%3AShipping%7C%7Cbrand%3AOnePlus%7C%7Coffer_condition_group_codes_filter_v0%3A1

6

https://www.bestbuy.com/site/searchpage.jsp?id=pcat17071&qp=storepickupstores_facet%3DStore+Availability+-+In+Store+Pickup%7E594%5Ebrand_facet%3DBrand%7EOnePlus&st=oneplus

offer to sell, and/or importing, products including, but not limited, to smartphones and tablets.

**COUNT I**
**(Infringement of the '794 Patent)**

22. Paragraphs 1 through 21 are incorporated by reference as if fully set forth herein.

23. Alpha Touch has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '794 Patent.

24. Defendant has and continues to directly infringe the '794 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '794 Patent. Such infringing products include OnePlus smartphones, including, but not limited to, the OnePlus Open, among other products.

25. For example, Defendant has and continues to directly infringe at least claim 1 of the '794 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include the accused products, including, but not limited to, the OnePlus Open, among other products. The OnePlus Open is exemplary and representative of technology that infringes the '794 Patent.

26. The OnePlus Open comprises an electronic device, comprising: a cover plate (e.g., the Ultra Thin Glass (UTG) with the Flexi-fluid AMOLED display).





Screen protection triple play: Ultra Thin Glass withstands constant bending and wear, TPU for impact shielding, and an anti-reflection (AR) screen protector.[7]

---

[7] https://www.oneplus.com/global/open

## Display

### Main display (primary display)

Size: 7.82", measured diagonally from corner to corner
Resolution: 2440*2268 (2K), 426 ppi
Aspect Ratio: 1.0758:1
Screen-to-body ratio: 89.6%
Refresh Rate: 1-120 Hz dynamic
Panel Type: Flexi-fluid AMOLED with LTPO 3.0
Typical (HBM) / Peak Brightness: 1400 / 2800 nits
Support sRGB, DCI-P3, 10-bit Color Depth
97% NTSC / 100% DCI-P3
Touch response: Up to 240 Hz
Pulse-Width Modulation: 1440 Hz
Protective Material: Ultra Thin Glass
Certification: TÜV Rheinland Intelligent Eye Care [8]

### The Sensory Dive: Flat vs. Foldable

Ever run your fingers over a foldable screen? It's a unique touch sensation, isn't it? Different from flat screens, but why? Let's unravel this together.

### Screen Anatomy: The Core Four

All screens, foldable or flat, rest on four pillars: cover glass, polarizing film, OLED panel, and support materials. The magic lies in how these layers are tweaked, especially for foldables. Ready to dive deeper?

**OnePlus Open Cover Screen vs. Main Screen**



---

[8] https://www.oneplus.com/global/open/specs

**OnePlus Open Advantage: Embracing COE**
With COE (Color filter on encapsulation) technology, OnePlus Open sidesteps the traditional polarizing film. The benefit? A 20% cut in power use, gifting you 22 extra battery minutes. It's an innovation you can literally feel and see on your battery meter!

**The Glass Battle: Thick vs. Thin**
Traditional screens boast sturdy glass, while the OnePlus Open's foldable marvel features Ultra-Thin Glass (UTG) fortified with a Colorless Polyimide film (CPI). The result? A perfect blend of resilience and flexibility.

**Backbone Tech: CFRP (Carbon Fiber Reinforced Polymer)**
While flat screens usually lean on foam and copper foil, the OnePlus Open's main screen uses carbon fiber and a PVD (Physical Vapor Deposition) metal coat. Think superior strength and enhanced conductivity. It's a tech upgrade!

**Two Secret Weapons for Foldable Screens**
Our foldable screens have two secret weapons that enable them to withstand a millionfold: the super thin UTG glass and self-developed micro-weaving in the hinge area. The UTG glass of the main screen is only 5% as thick as that of the cover screen. [9]

27.    The OnePlus Open comprises a glass layer having a first surface (e.g., top lay of the UTG) and a second surface (e.g., bottom layer of the UTG); and at least one transparent covering layer disposed on and in contact with at least one of the first surface or the second surface of the glass layer and laminated with the glass layer, wherein: the at least one transparent covering layer (e.g., protective film and/or protective layer, such as a polymer film) comprises a first transparent covering layer and a second transparent covering layer (e.g., a second protective film and/or protective layer, such as a polarizing film), and the glass layer is laminated between the first transparent covering layer and the second transparent covering layer.

---

[9] https://community.oneplus.com/thread/1428403690145841153

13





**Screen protection triple play:** Ultra Thin Glass withstands constant bending and wear, TPU for impact shielding, and an anti-reflection (AR) screen protector.

[10]

---

[10] https://www.oneplus.com/global/open

**The Sensory Dive: Flat vs. Foldable**
Ever run your fingers over a foldable screen? It's a unique touch sensation, isn't it? Different from flat screens, but why? Let's unravel this together.

**Screen Anatomy: The Core Four**
All screens, foldable or flat, rest on four pillars: cover glass, polarizing film, OLED panel, and support materials. The magic lies in how these layers are tweaked, especially for foldables. Ready to dive deeper?

**OnePlus Open Cover Screen vs. Main Screen**

Cover Screen

Cover glass
Polarizer
OLED panel
Substrate { Foam cotton / Copper foil

Main Screen

Cover glass { CPI / OCA / UTG
OLED panel
Substrate { CFRP / PVD

**OnePlus Open Advantage: Embracing COE**
With COE (Color filter on encapsulation) technology, OnePlus Open sidesteps the traditional polarizing film. The benefit? A 20% cut in power use, gifting you 22 extra battery minutes. It's an innovation you can literally feel and see on your battery meter!

**The Glass Battle: Thick vs. Thin**
Traditional screens boast sturdy glass, while the OnePlus Open's foldable marvel features Ultra-Thin Glass (UTG) fortified with a Colorless Polyimide film (CPI). The result? A perfect blend of resilience and flexibility.

**Backbone Tech: CFRP (Carbon Fiber Reinforced Polymer)**
While flat screens usually lean on foam and copper foil, the OnePlus Open's main screen uses carbon fiber and a PVD (Physical Vapor Deposition) metal coat. Think superior strength and enhanced conductivity. It's a tech upgrade!

**Two Secret Weapons for Foldable Screens**
Our foldable screens have two secret weapons that enable them to withstand a millionfold: the super thin UTG glass and self-developed micro-weaving in the hinge area. The UTG glass of the main screen is only 5% as thick as that of the cover screen. [11]

28.     The OnePlus Open comprises a touch sensing layer disposed under the cover plate (e.g., a portion of the UTG with the Flexi-fluid AMOLED display).

---

[11] https://community.oneplus.com/thread/1428403690145841153.

15



**Screen protection triple play:** Ultra Thin Glass withstands constant bending and wear, TPU for impact shielding, and an anti-reflection (AR) screen protector.

[12]

## Display

### Main display (primary display)

Size: 7.82", measured diagonally from corner to corner
Resolution: 2440*2268 (2K), 426 ppi
Aspect Ratio: 1.0758:1
Screen-to-body ratio: 89.6%
Refresh Rate: 1-120 Hz dynamic
Panel Type: Flexi-fluid AMOLED with LTPO 3.0
Typical (HBM) / Peak Brightness: 1400 / 2800 nits
Support sRGB, DCI-P3, 10-bit Color Depth
97% NTSC / 100% DCI-P3
Touch response: Up to 240 Hz
Pulse-Width Modulation: 1440 Hz
Protective Material: Ultra Thin Glass
Certification: TÜV Rheinland Intelligent Eye Care

[13]

---

[12] https://www.oneplus.com/global/open
[13] https://www.oneplus.com/global/open/specs

**The Sensory Dive: Flat vs. Foldable**
Ever run your fingers over a foldable screen? It's a unique touch sensation, isn't it? Different from flat screens, but why? Let's unravel this together.

**Screen Anatomy: The Core Four**
All screens, foldable or flat, rest on four pillars: cover glass, polarizing film, OLED panel, and support materials. The magic lies in how these layers are tweaked, especially for foldables. Ready to dive deeper?

## OnePlus Open Cover Screen vs. Main Screen

Cover Screen

Cover glass
Polarizer
OLED panel
Substrate { Foam cotton / Copper foil

Main Screen

Cover glass { CPI / OCA / UTG
OLED panel
Substrate { CFRP / PVD

**OnePlus Open Advantage: Embracing COE**
With COE (Color filter on encapsulation) technology, OnePlus Open sidesteps the traditional polarizing film. The benefit? A 20% cut in power use, gifting you 22 extra battery minutes. It's an innovation you can literally feel and see on your battery meter!

**The Glass Battle: Thick vs. Thin**
Traditional screens boast sturdy glass, while the OnePlus Open's foldable marvel features Ultra-Thin Glass (UTG) fortified with a Colorless Polyimide film (CPI). The result? A perfect blend of resilience and flexibility.

**Backbone Tech: CFRP (Carbon Fiber Reinforced Polymer)**
While flat screens usually lean on foam and copper foil, the OnePlus Open's main screen uses carbon fiber and a PVD (Physical Vapor Deposition) metal coat. Think superior strength and enhanced conductivity. It's a tech upgrade!

**Two Secret Weapons for Foldable Screens**
Our foldable screens have two secret weapons that enable them to withstand a millionfold: the super thin UTG glass and self-developed micro-weaving in the hinge area. The UTG glass of the main screen is only 5% as thick as that of the cover screen. [14]

29.    The OnePlus Open comprises a display module disposed under the touch sensing layer (e.g., a portion of the UTG with the Flexi-fluid AMOLED display).

---

[14] https://community.oneplus.com/thread/1428403690145841153

# Display

### Main display (primary display)

Size: 7.82", measured diagonally from corner to corner
Resolution: 2440*2268 (2K), 426 ppi
Aspect Ratio: 1.0758:1
Screen-to-body ratio: 89.6%
Refresh Rate: 1-120 Hz dynamic
Panel Type: Flexi-fluid AMOLED with LTPO 3.0
Typical (HBM) / Peak Brightness: 1400 / 2800 nits
Support sRGB, DCI-P3, 10-bit Color Depth
97% NTSC / 100% DCI-P3
Touch response: Up to 240 Hz
Pulse-Width Modulation: 1440 Hz
Protective Material: Ultra Thin Glass
Certification: TÜV Rheinland Intelligent Eye Care [15]

### The Sensory Dive: Flat vs. Foldable

Ever run your fingers over a foldable screen? It's a unique touch sensation, isn't it? Different from flat screens, but why? Let's unravel this together.

### Screen Anatomy: The Core Four

All screens, foldable or flat, rest on four pillars: cover glass, polarizing film, OLED panel, and support materials. The magic lies in how these layers are tweaked, especially for foldables. Ready to dive deeper?

## OnePlus Open Cover Screen vs. Main Screen



[15] https://www.oneplus.com/global/open/specs

> **OnePlus Open Advantage: Embracing COE**
> With COE (Color filter on encapsulation) technology, OnePlus Open sidesteps the traditional polarizing film. The benefit? A 20% cut in power use, gifting you 22 extra battery minutes. It's an innovation you can literally feel and see on your battery meter!
>
> **The Glass Battle: Thick vs. Thin**
> Traditional screens boast sturdy glass, while the OnePlus Open's foldable marvel features Ultra-Thin Glass (UTG) fortified with a Colorless Polyimide film (CPI). The result? A perfect blend of resilience and flexibility.
>
> **Backbone Tech: CFRP (Carbon Fiber Reinforced Polymer)**
> While flat screens usually lean on foam and copper foil, the OnePlus Open's main screen uses carbon fiber and a PVD (Physical Vapor Deposition) metal coat. Think superior strength and enhanced conductivity. It's a tech upgrade!
>
> **Two Secret Weapons for Foldable Screens**
> Our foldable screens have two secret weapons that enable them to withstand a millionfold: the super thin UTG glass and self-developed micro-weaving in the hinge area. The UTG glass of the main screen is only 5% as thick as that of the cover screen. [16]

30.    Defendant has and continues to indirectly infringe one or more claims of the '794 Patent by knowingly and intentionally inducing others, including OnePlus customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology, such as the accused products.

31.    Defendant, with knowledge that these products, or the use thereof, infringe the '794 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the '794 Patent by providing these products to end users for use in an infringing manner. Alternatively, on information and belief, Defendant has adopted a policy of not reviewing the patents of others, and instructing its officers, agents, and employees to not review the patents of others, including specifically those related to Defendant's specific industry, thereby remaining willfully blind to the '794 least as early as the issuance of the '794 Patent.

---

[16] https://community.oneplus.com/thread/1428403690145841153

32.    Defendant has induced infringement by others, including end users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end users, infringe the '794 Patent, but while remaining willfully blind to the infringement. Defendant has and continues to induce infringement by its customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendant's website, product literature and packaging, and other publications.[17] For example, on the OnePlus website, user manuals are provided, which instruct users to, among other things, operate OnePlus devices in a variety of ways, depending on the device.

[18]

---

[17] *See, e.g.,* https://service.oneplus.com/ee/user-manual#/, which provides product support and instructions for various products sold by Defendant, including the OnePlus Open.
[18] https://service.oneplus.com/ee/user-manual#/

33.     By way of further example, for the OnePlus Open, the User Manual, available for download on the OnePlus website, instructs users on "The Basics," which includes "Basic gestures."[19] At least this portion of the User Manual, among others, instructs customers and end-users to use the OnePlus Open's display, which causes the customers and end-users to directly infringe the '794 Patent.

34.     On information and belief, Defendant directly prepares and/or assists in the preparation of, and provides customers and end-users with, User Manuals for its specific products. On information and belief, Defendant's User Manuals and other product information documents are prepared by or under the direction of Defendant to instruct customers and end-users on how to use the accused products in an infringing manner.

35.     Because of Defendant's inducement, Defendant's customers and end-users use accused products in a way Defendant intends and directly infringe the '794 Patent. Defendant performs these affirmative acts with knowledge of the '794 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '794 Patent.

36.     Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '794 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the accused products in this District and elsewhere in the United States and causing the accused products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the accused products such that the '794 Patent is directly infringed by others. The accused components within the accused

---

[19] *See* OnePlus Open User Manual, at pg. 6, available at:
https://service.oneplus.com/content/dam/support/user-manuals/en/OnePlus_Open_User_Manual_EN.pdf.

products are material to the invention of the '794 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '794 Patent. The accused components include, but are not limited to, Defendant's display screens in the accused products, and the components thereof. Defendant performs these affirmative acts with knowledge of the '794 Patent and with intent, or willful blindness, that they cause the direct infringement of the '794 Patent.

37. Alpha Touch has suffered damages as a result of Defendant's direct and indirect infringement of the '794 Patent in an amount to be proven at trial.

38. Alpha Touch has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '794 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

### COUNT II
**(Infringement of the '675 Patent)**

39. Paragraphs 1 through 21 are incorporated by reference as if fully set forth herein.

40. Alpha Touch has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '675 Patent.

41. Defendant has and continues to directly infringe the '675 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '675 Patent. Such infringing products include OnePlus smartphones and tablets including, but not limited to, the OnePlus 15, among other OnePlus products.

42. For example, Defendant has and continues to directly infringe at least claim 1 of the '675 Patent by making, using, offering to sell, selling, and/or importing into the United States

22

products that include the touch screens with AMOLED/OLED type displays, including, but not limited to, the OnePlus 15, among other products. The OnePlus 15 is exemplary and representative of how the other accused products infringe the '675 Patent, such as the OnePlus 8, OnePlus 8 Pro, OnePlus 8 5G, OnePlus 8 5G UW, OnePlus 8T, OnePlus 8T Cyberpunk 2077 Limited Edition, OnePlus 9, OnePlus 9 Pro, OnePlus 9R, OnePlus 9RT, OnePlus 10 Pro 5G, OnePlus Nord 2, OnePlus Nord 3, OnePlus Nord N20 5G, OnePlus 11 5G, OnePlus Open, OnePlus 12, OnePlus 13, OnePlus 15, OnePlus Pad, among other products.

43.    The OnePlus 15 comprises a capacitive touch panel comprising: a substrate made of glass or plastic material having a first surface (e.g., a portion of the display) and a second surface (e.g., a portion of the display).

| DISPLAY | Type | LTPO AMOLED, 1B colors, 165Hz, PWM, Dolby Vision, HDR10+, HDR Vivid, 800 nits (typ), 1800 nits (HBM) |
| | Size | 6.78 inches, 112.4 cm$^2$ (~90.8% screen-to-body ratio) |
| | Resolution | 1272 x 2772 pixels, 19.5:9 ratio (~450 ppi density) |
| | Protection | Corning Gorilla Glass Victus 2, Mohs level 5 |
| | | Ultra HDR image support [20] |

| Touch Screen | Type: Capacitive Gorilla Glass Victus 2 [21] |

On-Cell technology: refers to the solution of embedding the touch screen between the color filter substrate and the polarizer of the display screen, that is, equipping the LCD panel with a touch sensor. Its technical difficulty is simpler than Incell. It is currently mostly used in Samsung Amoled panel products. It has not yet overcome the problem of thinness and uneven color when touching.

---

[20] https://www.gsmarena.com/oneplus_15_5g-14206.php
[21] https://www.phonescoop.com/phones/phone.php?p=7399



44. The OnePlus 15 comprises a sensing circuit (e.g., a portion of the touch sensor part of the display panel).

> On-Cell technology: refers to the solution of embedding the touch screen between the color filter substrate and the polarizer of the display screen, that is, equipping the LCD panel with a touch sensor. Its technical difficulty is simpler than Incell. It is currently mostly used in Samsung Amoled panel products. It has not yet overcome the problem of thinness and uneven color when touching.



45. The OnePlus 15 comprises a physical tactical imputing integration (e.g., the AMOLED based touch panel integrates a physical tactile inputting architecture over the surface of the cover glass) having a peripheral masking area (e.g., area below the cover glass) and having the

---

[22] https://www.innoluxlcdpanel.com/info/3-touch-technologies-of-lcd-capacitive-touch-s-81714964.html
[23] https://www.innoluxlcdpanel.com/info/3-touch-technologies-of-lcd-capacitive-touch-s-81714964.html

first surface (e.g., one sensing side) for receiving the physical tactile input and the second surface

for forming said sensing circuit (a second side fabricated circuitry / sensing electrodes).

On-Cell technology: refers to the solution of embedding the touch screen between the color filter substrate and the polarizer of the display screen, that is, equipping the LCD panel with a touch sensor. Its technical difficulty is simpler than Incell. It is currently mostly used in Samsung Amoled panel products. It has not yet overcome the problem of thinness and uneven color when touching.



46. The OnePlus 15 comprises a physical tactical imputing integration having a peripheral masking area and having the first surface for receiving the physical tactile input and the second surface for forming said sensing circuit, wherein there is no other substrate made of glass or plastic material laminated or bonded on the first surface of the substrate (e.g., a deposited touch sensor).

---

[24] https://www.innoluxlcdpanel.com/info/3-touch-technologies-of-lcd-capacitive-touch-s-81714964.html



47.    Defendant has and continues to indirectly infringe one or more claims of the '675 Patent by knowingly and intentionally inducing others, including OnePlus customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology, such as the accused products.

48.    Defendant, with knowledge that these products, or the use thereof, infringe the '675 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the '675 Patent by providing these products to end users for use in an infringing manner. Alternatively, on information and belief, Defendant has adopted a policy of not reviewing the patents of others, and instructing its officers, agents, and employees to not review the patents of others, including specifically those related to Defendant's specific industry, thereby remaining willfully blind to the '675 least as early as the issuance of the '675 Patent.

49.    Defendant has induced infringement by others, including end users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high

---

[25] https://www.innoluxlcdpanel.com/info/3-touch-technologies-of-lcd-capacitive-touch-s-81714964.html

26

probability that others, including end users, infringe the '675 Patent, but while remaining willfully blind to the infringement. Defendant has and continues to induce infringement by its customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendant's website, product literature and packaging, and other publications.[26] For example, on the OnePlus website, user manuals are provided, which instruct users to, among other things, operate OnePlus devices in a variety of ways, depending on the device.

[27]

50.     On information and belief, Defendant directly prepares and/or assists in the preparation of, and provides customers and end-users with, User Manuals for its specific products.

---

[26] *See, e.g.,* https://service.oneplus.com/ee/user-manual#/, which provides product support and instructions for various products sold by Defendant, including the OnePlus 15.
[27] https://service.oneplus.com/ee/user-manual#/

On information and belief, Defendant's User Manuals and other product information documents are prepared by or under the direction of Defendant to instruct customers and end-users on how to use the accused products in an infringing manner.

51.     Because of Defendant's inducement, Defendant's customers and end-users use accused products in a way Defendant intends and directly infringe the '675 Patent. Defendant performs these affirmative acts with knowledge of the '675 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '675 Patent.

52.     Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '675 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the accused products in this District and elsewhere in the United States and causing the accused products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the accused products such that the '675 Patent is directly infringed by others. The accused components within the accused products are material to the invention of the '675 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '675 Patent. The accused components include, but are not limited to, Defendant's display screens in the accused products, and the components thereof. Defendant performs these affirmative acts with knowledge of the '675 Patent and with intent, or willful blindness, that they cause the direct infringement of the '675 Patent.

53.     Alpha Touch has suffered damages as a result of Defendant's direct and indirect infringement of the '675 Patent in an amount to be proven at trial.

54.     Alpha Touch has suffered, and will continue to suffer, irreparable harm as a result

28

of Defendant's infringement of the '675 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

## COUNT III
### (Infringement of the '857 Patent)

55.     Paragraphs 1 through 21 are incorporated by reference as if fully set forth herein.

56.     Alpha Touch has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '857 Patent.

57.     Defendant has and continues to directly infringe the '857 Patent, either literally or under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '857 Patent. Such infringing products include OnePlus smartphones and tablets, including, but not limited to, the OnePlus 15, among other OnePlus products.

58.     For example, Defendant has and continues to directly infringe at least claim 15 of the '857 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include touch screens with AMOLED/OLED type displays, including, but not limited to, the OnePlus 15, among other products. The OnePlus 15 is exemplary and representative of how the other accused products infringe the '857 Patent, such as the OnePlus 8, OnePlus 8 Pro, OnePlus 8 5G, OnePlus 8 5G UW, OnePlus 8T, OnePlus 8T Cyberpunk 2077 Limited Edition, OnePlus 9, OnePlus 9 Pro, OnePlus 9R, OnePlus 9RT, OnePlus 10 Pro 5G, OnePlus Nord 2, OnePlus Nord 3, OnePlus Nord N20 5G, OnePlus 11 5G, OnePlus Open, OnePlus 12, OnePlus 13, OnePlus 15, OnePlus Pad, among other products.

59.     The OnePlus 15 comprises a capacitive touch panel, comprising: a cover lens (e.g., the display cover).



[28]

| DISPLAY | Type | LTPO AMOLED, 1B colors, 165Hz, PWM, Dolby Vision, HDR10+, HDR Vivid, 800 nits (typ), 1800 nits (HBM) |
|---|---|---|
| | Size | 6.78 inches, 112.4 cm$^2$ (~90.8% screen-to-body ratio) |
| | Resolution | 1272 x 2772 pixels, 19.5:9 ratio (~450 ppi density) |
| | Protection | Corning Gorilla Glass Victus 2, Mohs level 5 |
| | | Ultra HDR image support |

[29]

Touch Screen    Type: Capacitive
Gorilla Glass Victus 2

[30]

60.    The OnePlus 15 comprises a decoration layer disposed on a surface of the cover lens (e.g., the coating and/or layer on the cover lens).

---

[28] https://www.oneplus.com/us/oneplus-15?sku=5011116282&_gl=1*6xvn79*_up*MQ..*_ga*MTY4MjA0NDYwNi4xNzcwOTE0ODYz*_ga_KS49PHWZ8S*czE3NzA5MTQ4NjMkbzEkZzEkdDE3NzA5MTU2OTMkajYwJGww JGgw

[29] https://www.gsmarena.com/oneplus_15_5g-14206.php

[30] https://www.phonescoop.com/phones/phone.php?p=7399



31

61.      The OnePlus 15 comprises a color filter substrate disposed parallel to the cover lens

(e.g., color filter in the AMOLED display).

- **On-cell:** The touch sensor is an X-Y array of capacitive electrodes deposited on the top or bottom surface of the color- | filter substrate.  Strictly speaking, when the electrodes are on the bottom surface of the substrate they are physically inside

32

[31] https://www.oneplus.com/us/oneplus-15?sku=5011116282&_gl=1*6xvn79*_up*MQ..*_ga*MTY4MjA0NDYwNi4xNzcwOTE0OODYz*_ga_KS49PHWZ8S*czE3NzA5MTQ4NjMkbzEkZzEkdDE3NzA5MTU2OTMkajYwJGww JGgw

[32] https://sid.onlinelibrary.wiley.com/doi/10.1002/j.2637-496X.2010.tb00228.x



*Fig. 3:* *In this schematic illustration of voltage-sensing in-cell touch, two micro-switches are shown occupying a portion of one subpixel in the top view at left. The side view at right shows the implementation of a micro-switch using a conductive column spacer. Source: Samsung.* [33]



**Fig. 4:** *In the in-cell configuration for charge sensing, conductive column spacers for each pixel or group of pixels are located on the underside of the color-filter substrate, and there is a corresponding conductive electrode on the TFT-array substrate. Pressing the surface of the display causes the capacitance between the electrodes to change. Source: LG Display.* [34]

[33] https://sid.onlinelibrary.wiley.com/doi/10.1002/j.2637-496X.2010.tb00228.x
[34] https://sid.onlinelibrary.wiley.com/doi/10.1002/j.2637-496X.2010.tb00228.x



62.    The OnePlus 15 comprises an electrode layer disposed on the color filter substrate to perform touch-sensing operations (e.g., an electrode layer in the touch sensor).

- **On-cell:** The touch sensor is an X-Y array of capacitive electrodes deposited on the top or bottom surface of the color- filter substrate.  Strictly speaking, when the electrodes are on the bottom surface of the substrate they are physically inside[36]

[35] https://lcdscreenmfg.com/touchscreen-optical-bonding-incell-vs-oncell/
[36] https://sid.onlinelibrary.wiley.com/doi/10.1002/j.2637-496X.2010.tb00228.x



**Fig. 3:** *In this schematic illustration of voltage-sensing in-cell touch, two micro-switches are shown occupying a portion of one subpixel in the top view at left. The side view at right shows the implementation of a micro-switch using a conductive column spacer. Source: Samsung.* [37]



**Fig. 4:** *In the in-cell configuration for charge sensing, conductive column spacers for each pixel or group of pixels are located on the underside of the color-filter substrate, and there is a corresponding conductive electrode on the TFT-array substrate. Pressing the surface of the display causes the capacitance between the electrodes to change. Source: LG Display.* [38]

---

[37] https://sid.onlinelibrary.wiley.com/doi/10.1002/j.2637-496X.2010.tb00228.x
[38] https://sid.onlinelibrary.wiley.com/doi/10.1002/j.2637-496X.2010.tb00228.x



63.    The OnePlus 15 comprises at least one adhesive layer for binding the cover lens and the color filter substrate (e.g., lamination in the display, such as optically clear adhesive).



---

[39] https://lcdscreenmfg.com/touchscreen-optical-bonding-incell-vs-oncell/
[40] https://lcdscreenmfg.com/touchscreen-optical-bonding-incell-vs-oncell/

64.    Defendant has and continues to indirectly infringe one or more claims of the '857 Patent by knowingly and intentionally inducing others, including OnePlus customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology, such as the accused products.

65.    Defendant, with knowledge that these products, or the use thereof, infringe the '857 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the '857 Patent by providing these products to end users for use in an infringing manner. Alternatively, on information and belief, Defendant has adopted a policy of not reviewing the patents of others, and instructing its officers, agents, and employees to not review the patents of others, including specifically those related to Defendant's specific industry, thereby remaining willfully blind to the '857 least as early as the issuance of the '857 Patent.

66.    Defendant has induced infringement by others, including end users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end users, infringe the '857 Patent, but while remaining willfully blind to the infringement. Defendant has and continues to induce infringement by its customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendant's website, product literature and packaging, and other publications.[41] For example, on the OnePlus website, user manuals are provided, which instruct users to, among

---

[41] *See, e.g.,* https://service.oneplus.com/ee/user-manual#/, which provides product support and instructions for various products sold by Defendant, including the OnePlus 15.

other things, operate OnePlus devices in a variety of ways, depending on the device.



67.    On information and belief, Defendant directly prepares and/or assists in the preparation of, and provides customers and end-users with, User Manuals for its specific products. On information and belief, Defendant's User Manuals and other product information documents are prepared by or under the direction of Defendant to instruct customers and end-users on how to use the accused products in an infringing manner.

68.    Because of Defendant's inducement, Defendant's customers and end-users use accused products in a way Defendant intends and directly infringe the '857 Patent. Defendant performs these affirmative acts with knowledge of the '857 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '857 Patent.

---

[42] https://service.oneplus.com/ee/user-manual#/

69.     Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '857 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the accused products in this District and elsewhere in the United States and causing the accused products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the accused products such that the '857 Patent is directly infringed by others. The accused components within the accused products are material to the invention of the '857 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '857 Patent. The accused components include, but are not limited to, Defendant's display screens in the accused products, and the components thereof. Defendant performs these affirmative acts with knowledge of the '857 Patent and with intent, or willful blindness, that they cause the direct infringement of the '857 Patent.

70.     Alpha Touch has suffered damages as a result of Defendant's direct and indirect infringement of the '857 Patent in an amount to be proven at trial.

71.     Alpha Touch has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '857 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

## COUNT IV
### (Infringement of the '542 Patent)

72.     Paragraphs 1 through 21 are incorporated by reference as if fully set forth herein.

73.     Alpha Touch has not licensed or otherwise authorized Defendant to make, use, offer for sale, sell, or import any products that embody the inventions of the '542 Patent.

74.     Defendant has and continues to directly infringe the '542 Patent, either literally or

38

under the doctrine of equivalents, without authority and in violation of 35 U.S.C. § 271, by making, using, offering to sell, selling, and/or importing into the United States products that satisfy each and every limitation of one or more claims of the '542 Patent. Such infringing products include OnePlus smartphones and tablets, including, but not limited to, the OnePlus 15, among other OnePlus products.

75.    For example, Defendant has and continues to directly infringe at least claim 1 of the '542 Patent by making, using, offering to sell, selling, and/or importing into the United States products that include touch screens with AMOLED/OLED type displays, including, but not limited to, the OnePlus 15, among other products. The OnePlus 15 is exemplary and representative of how the other accused products infringe the '542 Patent, such as the OnePlus 8, OnePlus 8 Pro, OnePlus 8 5G, OnePlus 8 5G UW, OnePlus 8T, OnePlus 8T Cyberpunk 2077 Limited Edition, OnePlus 9, OnePlus 9 Pro, OnePlus 9R, OnePlus 9RT, OnePlus 10 Pro 5G, OnePlus Nord 2, OnePlus Nord 3, OnePlus Nord N20 5G, OnePlus 11 5G, OnePlus Open, OnePlus 12, OnePlus 13, OnePlus 15, OnePlus Pad, among other products.

76.    The OnePlus 15 comprises a capacitive touch panel comprising: a cover lens for assembly with a display panel (e.g., strengthened glass, such as aluminosilicate glass with the display).



[43]

| DISPLAY | Type | LTPO AMOLED, 1B colors, 165Hz, PWM, Dolby Vision, HDR10+, HDR Vivid, 800 nits (typ), 1800 nits (HBM) |
|---|---|---|
| | Size | 6.78 inches, 112.4 cm$^2$ (~90.8% screen-to-body ratio) |
| | Resolution | 1272 x 2772 pixels, 19.5:9 ratio (~450 ppi density) |
| | Protection | Corning Gorilla Glass Victus 2, Mohs level 5 |
| | | Ultra HDR image support |

[44]

Touch Screen     Type: Capacitive
Gorilla Glass Victus 2

[45]

77.     The OnePlus 15 comprises a first electrode layer (e.g., touch sensing electrode pattern, such as Tx or Rx electrodes integrated with the display), disposed on a first side of the

[43] https://www.oneplus.com/us/oneplus-15?sku=5011116282&_gl=1*6xvn79*_up*MQ..*_ga*MTY4MjA0NDYwNi4xNzcwOTE0OD Yz*_ga_KS49PHWZ8S*czE3NzA5MTQ4NjMkbzEkZzEkdDE3NzA5MTU2OTMkajYwJGww JGgw

[44] https://www.gsmarena.com/oneplus_15_5g-14206.php

[45] https://www.phonescoop.com/phones/phone.php?p=7399

cover lens (e.g. on the underside / inward facing side of the cover lens).

78.    On information and belief, the OnePlus 15 comprises an anti-reflective coating (e.g., anti-reflection layer/coating, such as internal low-reflection layers) with the capacitive touchscreen.

79.    The OnePlus 15 (e.g., an insulation layer, such as a dielectric layer/passive layer, polymer insulating film, optically clear adhesive layer, or insulating resin) disposed on a surface of the first electrode layer opposite the cover lens.

80.    The OnePlus 15 comprises a second electrode layer, disposed on a surface of the nongaseous insulating layer opposite the first electrode layer (e.g., the complementary Tx/Rx grid to the first layer).

81.    Defendant has and continues to indirectly infringe one or more claims of the '542 Patent by knowingly and intentionally inducing others, including OnePlus customers and end-users, to directly infringe, either literally or under the doctrine of equivalents, by making, using, offering to sell, selling and/or importing into the United States products that include infringing technology, such as the accused products.

82.    Defendant, with knowledge that these products, or the use thereof, infringe the '542 Patent at least as of the date of this Complaint, knowingly and intentionally induced, and continues to knowingly and intentionally induce, direct infringement of the '542 Patent by providing these products to end users for use in an infringing manner. Alternatively, on information and belief, Defendant has adopted a policy of not reviewing the patents of others, and instructing its officers, agents, and employees to not review the patents of others, including specifically those related to Defendant's specific industry, thereby remaining willfully blind to the '542 least as early as the issuance of the '542 Patent.

83.    Defendant has induced infringement by others, including end users, with the intent to cause infringing acts by others or, in the alternative, with the belief that there was a high probability that others, including end users, infringe the '542 Patent, but while remaining willfully blind to the infringement. Defendant has and continues to induce infringement by its customers and end-users by supplying them with instructions on how to operate the infringing technology in an infringing manner, while also making publicly available information on the infringing technology via Defendant's website, product literature and packaging, and other publications.[46] For example, on the OnePlus website, user manuals are provided, which instruct users to, among other things, operate OnePlus devices in a variety of ways, depending on the device.



[47]

---

[46] *See, e.g.,* https://service.oneplus.com/ee/user-manual#/, which provides product support and instructions for various products sold by Defendant, including the OnePlus 15.
[47] https://service.oneplus.com/ee/user-manual#/

84.    On information and belief, Defendant directly prepares and/or assists in the preparation of, and provides customers and end-users with, User Manuals for its specific products. On information and belief, Defendant's User Manuals and other product information documents are prepared by or under the direction of Defendant to instruct customers and end-users on how to use the accused products in an infringing manner.

85.    Because of Defendant's inducement, Defendant's customers and end-users use accused products in a way Defendant intends and directly infringe the '542 Patent. Defendant performs these affirmative acts with knowledge of the '542 Patent and with the intent, or willful blindness, that the induced acts directly infringe the '542 Patent.

86.    Defendant has indirectly infringed and continues to indirectly infringe one or more claims of the '542 Patent, as provided by 35 U.S.C. § 271(c), by contributing to direct infringement by others, such as customers and end-users, in this District and elsewhere in the United States. Defendant's affirmative acts of selling and offering to sell the accused products in this District and elsewhere in the United States and causing the accused products to be manufactured, used, sold, and offered for sale contributes to others' use and manufacture of the accused products such that the '542 Patent is directly infringed by others. The accused components within the accused products are material to the invention of the '542 Patent, are not staple articles or commodities of commerce, have no substantial non-infringing uses, and are known by Defendant to be especially made or adapted for use in the infringement of the '542 Patent. The accused components include, but are not limited to, Defendant's display screens in the accused products, and the components thereof. Defendant perform these affirmative acts with knowledge of the '542 Patent and with intent, or willful blindness, that they cause the direct infringement of the '542 Patent.

87.    Alpha Touch has suffered damages as a result of Defendant's direct and indirect

43

infringement of the '542 Patent in an amount to be proven at trial.

88.     Alpha Touch has suffered, and will continue to suffer, irreparable harm as a result of Defendant's infringement of the '542 Patent, for which there is no adequate remedy at law, unless Defendant's infringement is enjoined by this Court.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Alpha Touch prays for relief against Defendant as follows:

a.      Entry of judgment declaring that Defendant has directly and/or indirectly infringed one or more claims of each of the Patents-in-Suit;

b.      An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendant, its officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of one or more of the Patents-in-Suit;

c.      An order awarding damages sufficient to compensate Alpha Touch for Defendant's infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

d.      Entry of judgment declaring that this case is exceptional and awarding Alpha Touch its costs and reasonable attorney fees under 35 U.S.C. § 285; and

e.      Such other and further relief as the Court deems just and proper.

44

Dated: March 24, 2026

Respectfully submitted,

*/s/ Vincent J. Rubino, III*

Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@frlip.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@frlip.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@frlip.com
**Fabricant, Rubino & Lambrianakos LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
51 J.F.K. Parkway
Short Hills, NJ 07078
Telephone: (973) 535-0920
Facsimile: (973) 535-0921

***ATTORNEYS FOR PLAINTIFF,
ALPHA TOUCH GROUP LLC***

45